IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CR-00069-M

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| FABIAN CRUZ-LOPEZ, | |
| Defendant. | |

This matter comes before the court on the Defendant's motion to continue his sentencing hearing [DE 42]. Defendant seeks additional time in which to care for his children while his wife's serious medical incapacitation is treated and her prognosis determined by her physicians. The United States opposes the Defendant's requested lengthy continuance.

The court understands the government's opposition to this motion but, under these extraordinary circumstances, finds good cause to GRANT the requested relief. Defendant's sentencing hearing is continued to the September 23, 2025 term of court. Defendant's conditions of release continue to remain in effect. Defendant's failure to appear at his sentencing as required is a criminal offense for which Defendant can be sentenced to imprisonment, and the penalties of violating any of the conditions of release can be severe.

SO ORDERED this 30th day of April, 2025.

RICHARD E. MYERS II
Chief United States District Judge