PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Fabian Cruz-Lopez　　　　　　　　　　　　　　　Docket No. 7:24-CR-69-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Fabian Cruz-Lopez, who was placed under pretrial release supervision by the Honorable Richard E. Myers II, Chief United States District Judge, sitting in the Court at Wilmington, on the 6th day of March, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested to seek mental health treatment due to the death of his father. Per his request and to assist him with a successful coping, it is respectfully recommended that the conditions of release be modified to include a mental health condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Furthermore, the defendant's attorney was contacted, and they have no objection to the modification.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence　　　　　　　　　　　　/s/ John P. Nasuti
Keith W. Lawrence　　　　　　　　　　　　　John P. Nasuti
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　2 Princess Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-4290
　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2056
　　　　　　　　　　　　　　　　　　　　　Executed On: September 8, 2025

### ORDER OF THE COURT

Considered and ordered the 10th day of September, 2025, and ordered filed and made part of the records in the above case.

Richard E. Myers II
Chief United States District Judge